DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GLEN DECICCO** and **PAM STONE**,
Appellants,

v.

**MALLORY CREEK HOMEOWNERS ASSOCIATION, INC.**,
Appellee.

No. 4D22-141

[March 1, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502019CA007052.

Glen A. DeCicco and Pamela Stone, Jupiter, pro se.

Therese A. Savona of Cole, Scott & Kissane, P.A., Orlando, for appellee.

PER CURIAM.

We affirm the circuit court's dismissal of the Fifth Amended Complaint for failure to comply with the mediation requirement of section 720.311, Florida Statutes (2019). We do not reach the merits of any claim in that complaint.

*Affirmed.*

GROSS, CONNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***